1034

No. 89–6112.  MAY v. PRO-GUARD, INC.  C. A. 6th Cir.  Certiorari denied.

No. 89–6115.  BARBER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–6118.  ALSTON v. LEEKE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir. Certiorari denied.

No. 89–6122.  DELUCIA v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 89–6128.  CAMACHO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 89–6130.  GAITO v. PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION (AND DIAGNOSTIC AND CLASSIFICATION CENTER) AT PITTSBURGH, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–6132.  BRANNER v. FREDERICK COUNTY JAIL ET AL. C. A. 4th Cir.  Certiorari denied.

No. 89–6133.  FOTOVICH v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 89–6135.  CARTWRIGHT v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 89–6136.  BROWN v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 89–6138.  NOBLE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 89–6141.  PARSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–6145.  DIXON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 89–6150.  BARANY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89–6151.  RODRIGUEZ-AMPARO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.